NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM C. STRUPP, JR., D.D.S. and       )
WILLIAM C. STRUPP, JR., D.D.S., P.A.,     )
                                          )
            Petitioners,                  )
                                          )
v.                                        )        Case No. 2D17-3777
                                          )
LORETTA SPIGNARDO and CHRIS               )
LIMBEROPOULOS,                            )
                                          )
            Respondents.                  )
_____)

Opinion filed May 18, 2018.

Petition for Writ of Certiorari to the
Circuit Court for Pinellas County;
George M. Jirotka, Judge.

Jason M. Azzarone, Thomas Saieva, and
Lesley A. Stine of La Cava & Jacobson,
P.A., Tampa, for Petitioners.

Andrew Wellman and Chris Limberopoulos
of The Florida Law Group, Tampa, for
Respondents.

PER CURIAM.

            Denied.

CASANUEVA, SALARIO, and ATKINSON, JJ., Concur.